**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division**

**BILL WALLS,**

      **Plaintiff,**

**v.**                                                              **Civil Action No. 2:17-CV-04383**
                                                                   **Honorable Judge Joseph Goodwin**

**MILITARY OFFICERS ASSOCIATION OF
AMERICA, RELIASTAR LIFE INSURANCE
COMPANY, and MERCER CONSUMER,
d/b/a MERCER HEALTH AND BENEFITS
ADMINISTRATION, LLC,**

      **Defendants.**

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff Bill Walls, through counsel, and Defendant Military Officers Association of America, through counsel, file this Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  All parties to this action, including ReliaStar Life Insurance Company and Mercer Consumer, d/b/a Mercer Health and Benefits Administration, LLC, have reached a confidential agreement to resolve this matter.  Pursuant to that agreement, the parties hereby jointly stipulate that this case should be dismissed with prejudice as to all defendants, with each party to bear its own costs and fees, thereby concluding this matter in its entirety.

Dated:  March 21, 2018

Signed and Agreed:


 /s/  James D. McQueen, Jr.
James D. McQueen, Jr. (WVSB #2507)
McQueen Davis, PLLC
Century Bldg., Suite 200
314 Ninth Street
Huntington, WV  25701
(304) 522-1344
*Counsel for Plaintiff Bill Walls*


 /s/  Stephen M. Fowler
Stephen M. Fowler (WVSB #5113)
Pullin, Fowler, Flanagan, Brown & Poe
901 Quarrier Street
Charleston, WV  25301
(304) 344-0100
*Counsel for Defendant Military Officers
Association of America*